UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARCUS L. SKEEN, on his behalf and others similarly situated, | : : : | |
| Plaintiff, | : : : | CIVIL ACTION FILE NO.: 1:16-CV- 01270-WSD |
| v. | : : | |
| JSJ EXPRESS, INC. and JAMES SHERMAN, JR., Individually and as The President and CEO of the corporate Defendant, | : : : : : : | |
| Defendants. | : : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE  PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Marcus L. Skeen, and or his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants. None of the Defendants have filed an Answer nor moved for summary judgment so that voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i).

Dated this 29th day of September 2017.

                                **PANKEY & HORLOCK, LLC**

                                By:  */s/ Larry A. Pankey*
                                      Larry A. Pankey
                                      Georgia Bar No. 560725
                                      **Attorneys for Plaintiff**

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:  770-670-6250
Facsimile:   770-670-6249
Email:  LPankey@PankeyHorlock.com

## CERTIFICATION OF FONT SIZE

Pursuant to Local rule 5.1C of the Local Rules of the United States District Court for the Northern District of Georgia, I, Larry A. Pankey, Esq., of Pankey & Horlock, LLC, attorney for Plaintiff, Marcus L. Skeen, hereby certify that Plaintiff's **Notice Of Voluntary Dismissal Without Prejudice Pursuant To F.R.C.P. 41(a)(1)(A)(i)** is typewritten in MS Word using Times New Roman font, fourteen (14) point type.

Dated this 29th day of September 2017.

**PANKEY & HORLOCK, LLC**

By: */s/ Larry A. Pankey*
     Larry A. Pankey
     Georgia Bar No. 560725
     **Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARCUS L. SKEEN, on his behalf and others similarly situated,** : | |
| : | |
| Plaintiff, : | **CIVIL ACTION FILE NO.:** |
| : | **1:16-CV- 01270-WSD** |
| v. : | |
| : | |
| **JSJ EXPRESS, INC. and JAMES SHERMAN, JR., Individually and as The President and CEO of the corporate Defendant,** : | |
| : | |
| Defendants. : | |
| _____ : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Plaintiff's **Notice Of Voluntary Dismissal Without Prejudice Pursuant To F.R.C.P. 41(a)(1)(A)(i)** with the Clerk of Court using the CM/ECF system and sent notification of such filing, via U.S Mail, to the following Defendant:

> James Sherman, Jr.
> 7325 Watonga Way
> Riverdale, Georgia 30296

Dated this 29th day of September 2017.

                              **PANKEY & HORLOCK, LLC**

                              By:  */s/ Larry A. Pankey*
                                    Larry A. Pankey
                                    Georgia Bar No. 560725
                                    **Attorneys for Plaintiff**

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:   770-670-6250
Facsimile:   770-670-6249
Email:  LPankey@PankeyHorlock.com